Judge: Christopher M. Alston
Chapter: 13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

JASON JAMES MATYE and

ELAYNE BETH MATYE,

        Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 18-10010-CMA

DECLARATION OF KAREN MATHER
IN SUPPORT OF TRUSTEE'S
*EX PARTE* DISMISSAL ORDER

Karen Mather declares and states as follows:

1. I am employed by K. Michael Fitzgerald, Chapter 13 Trustee (Trustee), as a Paralegal. I have personal knowledge concerning the information in this declaration and I am competent to testify to this information.

2. Through my employment I have access to the Trustee's system and records, including plan payment records. Through my employment I have access to the Court's docket.

3. On May 15, 2018, the Court ordered the debtors to (among other provisions): (a) provide proof of income from their new employment by June 8, 2018; (b) make a $1,806.00 plan payment so that the payment was received and posted by May 31, 2018; and (c) make a $1,806.00 plan payment so that the payment was received and posted by June 28, 2018.

4. The Court also ordered that the Trustee could submit an *ex parte* order dismissing this case if the debtors failed to comply with the Court's order.

5. The debtors have not complied with the Court's order.

6. The Trustee did not receive proof of debtors' current income by June 8, 2018.

7. The Trustee did receive a $1,806.00 Cashiers' Check on May, 18, 2018; however, that payment was returned as NSF on May 22, 2018.

8. The Trustee did not receive the $1,806.00 plan payment that was due by June 28, 2018.

DECLARATION OF KAREN MATHER
IN SUPPORT OF TRUSTEE'S
EX PARTE DISMISSAL ORDER - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

9. I verified with the Trustee's online plan payment service provider (www.tfsbillpay.com) that there are not any plan payments currently pending or scheduled.

10. Based on the default under the terms of the Court's order, this case should be dismissed.

I certify under penalty of perjury under the laws of the state of Washington that this information is true and correct to the best of my knowledge.

Dated this 9th day of July, 2018

*/s/ Karen Mather*
Karen Mather

DECLARATION OF KAREN MATHER
IN SUPPORT OF TRUSTEE'S
EX PARTE DISMISSAL ORDER - 2

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282